**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                                          CASE NO: 04-31425PNS3
                                                                            CHAPTER 7

STEWART, MARGARET R.

              Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED**
**FUNDS PURSUANT TO 11 U.S.C. § 347**

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 003 | SMC - C/O MCRAE'S<br>P. O. Box 67<br>Chanassen, MN 55317 | $211.21 |

The check mailed at the above address on April 27, 2006 and has been returned by the Post Office "return to sender - not deliverable as addressed - unable to forward".

Dated the 24th day of May, 2006.

                                                /s/ Sherry F. Chancellor
                                                Sherry F. Chancellor, Trustee
                                                6050 N. 9th Avenue
                                                Pensacola, Florida 32504
                                                (850) 478-3409
                                                Florida Bar No: 434574

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon SMC - c/o McRae's, P. O. Box 67, Chanhassen, MN 55317 and Charles Edwards, Office of the U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida  32301 on this 24th day of May, 2006.

    /s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee